# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of, | : No. 1551 Disciplinary Docket No. 3 |
| | : |
| | : No. 183 DB 2009 |
| WAYNE D. BOZEMAN | : |
| | : Attorney Registration No. 200258 |
| PETITION FOR REINSTATEMENT | : |
| | : (Chester County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of April, 2016, the Petition for Reinstatement is denied.

Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).